**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

HASIBA SAMADI #A221-387-077          CASE NO.  3:25-CV-01889 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

WARDEN RICHWOOD                      MAG. JUDGE KAYLA D.
CORRECTIONAL CENTER ET AL            MCCLUSKY

**ORDER**

Before the Court is a Motion for Temporary Restraining Order ("TRO") [Doc. No. 3] and a Motion for a Preliminary Injunction ("PI") [Doc. No. 4] filed by *pro se* Petitioner, Hasiba Samadi ("Petitioner").

**IT IS ORDERED** that the Respondents file a response to the TRO and PI Motions by Wednesday, December 24, 2025. Petitioner may file a reply brief within seven (7) days after Respondents' response is filed.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to Petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

MONROE, LOUISIANA, this 3rd day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1