UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

HASIBA SAMADI                                 CIVIL ACTION NO. 3:25-1889

                                              SECTION P

VS.
                                              JUDGE TERRY A. DOUGHTY

RICHWOOD CORRECTIONAL CENTER, ET AL.    MAG. JUDGE KAYLA MCCLUSKY


## MEMORANDUM ORDER

Before the undersigned is a motion for appointed counsel, [doc. # 6], filed by Plaintiff Hasiba Samadi ("Samadi"), a detainee at Richwood Correctional Center in Monroe, Louisiana, and proceeding pro se.

Under 18 U.S.C. § 3006A(a)(2)(B), the Court may appoint representation for someone who is financially eligible and is seeking relief under 28 U.S.C. § 2241 when "the court determines that the interests of justice so require."

First, Petitioner is not proceeding *in forma pauperis* and has not submitted a financial affidavit demonstrating her financial eligibility for appointment of counsel. Even if the Court were to assume that Petitioner is financially eligible, the interests of justice do not require the appointment of counsel at this time. When the issues in a habeas petition "are not particularly complex," and the petitioner's "pro se brief adequately highlights the issues and the pertinent facts in the record," then appointment of counsel is not required.   Petitioner has demonstrated that she is familiar with her case and reasonably articulate and well versed in the applicable law.

Accordingly, **IT IS ORDERED** that Plaintiff's motion, [doc. # 6], is **DENIED at this time.**

In Chambers, Monroe, Louisiana, this 12th day of December, 2025.

_____
Kayla Dye McClusky
United States Magistrate Judge