# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **HASIBA SAMADI #A221-387-077** | **CASE NO.  3:25-CV-01889 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

TO:   U.S. MARSHAL and/or any qualified deputy
and/or Special Agent(s)/Task Force Agent(s) of the Federal Bureau of Investigation
and/or RICHWOOD CORRECTIONAL CENTER
and/or any qualified deputy

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**YOU ARE HEREBY COMMANDED** to deliver HASIBA SAMADI to the United States District Court for the Western District of Louisiana for EVIDENTIARY HEARING to be held in Monroe, Louisiana Courtroom 1 , at 1:30 PM on March 17, 2026 before the Honorable Kayla D. McClusky, United States Magistrate Judge.

**WITNESS** the Honorable Kayla D. McClusky,
United States Magistrate Judge
at Monroe, Louisiana
on January 09, 2026.

Daniel J. McCoy, Clerk of Court

By _____
Deputy Clerk