UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

HASIBA SAMADI                                        CIVIL ACTION NO. 25-CV-1889

                                                     SECTION P

VERSUS

                                                     JUDGE DOUGHTY

WARDEN RICHWOOD CORRECTIONAL          MAGISTRATE JUDGE MCCLUSKY
CENTER, ET AL.

**O R D E R**

PREMISES CONSIDERED:

IT IS HEREBY ORDERED that the Motion to Appoint Interpreter at the Court's expense be granted.

THUS DONE AND SIGNED on the 13th day of February, 2026.

_____
United States Magistrate Judge