UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

HASIBA SAMADI #A221-387-077          CASE NO.  3:25-CV-01889 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

WARDEN RICHWOOD                      MAG. JUDGE KAYLA D. MCCLUSKY
CORRECTIONAL CENTER ET AL

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 26], noting that Respondents waived their right to file written objections thereto [Doc. No. 25], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Hasiba Samadi's ("Petitioner") Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including the Warden of Richwood Correctional Center, must release Petitioner from custody, without bond, with all deliberate speed, taking into account necessary administrative processing during normal operating hours. Respondents may place Petitioner under reasonable conditions of supervision, to be established by an Immigrations and Customs Enforcement officer, if necessary. Respondents must notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release. Respondents must, within **24 hours** after Petitioner's release, file a status report confirming her release.

1

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1]

MONROE, LOUISIANA, this 9th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] In other words, the Court intends that Petitioner should not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.